No. 449. GANT ET AL. v. OKLAHOMA CITY ET AL. Jurisdictional statement submitted January 11, 1932. Decided January 18, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. *Reddall* v. *Bryan,* 24 How. 420; *Verden* v. *Coleman,* 18 How. 86; *Augusta*

*Power Co.* v. *Savannah River Electric Co., ante,* p. 574; *Twin City Power Co.* v. *Savannah River Electric Co., ante,* p. 574; *Brannan* v. *Harrison, ante,* p. 579.  *Mr. J. H. Everest* for appellants.  No appearance for appellees.